**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Cleveland v. Rudolph*, **Slip Opinion No. 2022-Ohio-4682.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4682

THE CITY OF CLEVELAND ET AL., APPELLEES, *v.* RUDOLPH, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Cleveland v. Rudolph*, Slip Opinion No. 2022-Ohio-4682.]**

*Court of appeals' judgment affirmed on the authority of* State v. Brasher.

(No. 2022-1036—Submitted December 23, 2022—Decided December 29, 2022.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 111128, 2022-Ohio-2363.

_____

{¶ 1} The judgment of the court of appeals is affirmed as to proposition of law Nos. I and III on the authority of *State v. Brasher*, ___ Ohio St.3d ___, 2022-Ohio-4703, ___ N.E.3d ___, and proposition of law No. II is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

KENNEDY, J., concurs in judgment only in part and dissents in part and would not dismiss the cause as to proposition of law No. II.

FISCHER, J., concurs in part and dissents in part and would order briefing on proposition of law Nos. I and III.

_____

Mark Griffin, city of Cleveland Law Director, and Stephen F. Gorczyca, Assistant Prosecuting Attorney, for appellee city of Cleveland.

Ohio Crime Victim Justice Center and Latina Bailey, for appellee S.W.

Cullen Sweeney, Cuyahoga County Public Defender, and Robert B. McCaleb and Erika B. Cunliffe, Assistant Public Defenders, for appellant, Christopher G. Rudolph.

_____